# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., by and through his guardian ad litem, Nely Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-cv-01423 GSA<br><br>**ORDER GRANTING MOTION TO APPOINT NELY RODRIGUEZ AS GUARDIAN AD LITEM**<br><br>**(Doc. 3)** |

On October 23, 2017, Plaintiff filed a Motion to Appoint Nely Rodriguez, who is Plaintiff's mother, as the *guardian ad litem* in this action. (Doc. 3). Upon a review of the application, the Motion to Appoint Nely Rodriguez, as the *guardian ad litem* for Plaintiff, N.M. is GRANTED.

IT IS SO ORDERED.

Dated: **October 27, 2017**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM