MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| N.M. by and through his guardian ad litem NELY RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-01423-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AND SERVE CERTIFIED ADMINISTRATIVE RECORD AND MODIFY BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR) and Answer to Plaintiff's Complaint be extended from March 13, 2018 to **April 13, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Defendant needs additional time to prepare the CAR. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

///

JS for Extension of Time and PO; 1:17-cv-01423-GSA

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 12, 2018
*s/ \*Cyrus Safa*
(*as authorized by email on March 12, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated: March 12, 2018
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation (Doc. 11) Defendant shall file a copy of the Certified Administrative Record no later than **April 13, 2018**. All dates in this Court's scheduling order issued on October 26, 2017, are modified accordingly. (Doc. 6).

IT IS SO ORDERED.

Dated: **March 15, 2018**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO; 1:17-cv-01423-GSA