**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| NM BY AND THROUGH HIS GUARDIAN AD LITEM NELY RODRIGUEZ, | ) Case No.: 1:17-cv-01423-GSA<br>)<br>)<br>) |
| Plaintiff, | ) ORDER OF DISMISSAL<br>) |
| vs. | )<br>) |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social, | )<br>)<br>)<br>)<br>) |
| Defendant. | |

Plaintiff NM moves to dismiss the above-entitled action pursuant to F.R.C.P. 41(a)(1), which permits a plaintiff to dismiss an action before the defendant has filed an answer or motion for summary judgment.

In accordance with Plaintiff's motion, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:  **July 30, 2018**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE